

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ERICK HERNANDEZ,                        §              No. 08-17-00255-CV

                    Appellant,           §                 Appeal from the

v.                                       §              171st District Court

JOE TALAMANTES,                          §            of El Paso County, Texas

                    Appellee.            §              (TC# 2014DCV0610)

§

**O R D E R**

Pending before the Court is the Appellant's first motion for extension of time to complete mediation. The Court GRANTS the request to extend the deadline to complete mediation until April 5, 2018. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of December 21, 2017.

IT IS SO ORDERED this 5th day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.